## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

                              Criminal No. 17-266 (JRT/SER)

          Plaintiff,

v.                                        **ORDER**

JAQUON KESHAWN MOMAN (2),

          Defendant.

      David P. Steinkamp, Assistant United States Attorny, **UNITED STATES ATTORNEY'S OFFICE,** 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

      David Izek, **ALTMAN & IZEK,** 901 North Third Street, Suite 140, Minneapolis, MN 55401-1121, for defendant.

      This matter comes before the Court upon the Report and Recommendation of the United States Magistrate Judge Steven E. Rau, dated April 30, 2018 [Docket No. 69]. No objections have been filed to that Report and Recommendation in the time period permitted.

      Based on the Report and Recommendation of the Magistrate Judge, all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that that Defendant Jaquon Keshawn Moman's Motion to Suppress and Exclude Evidence From Any Photo Lineups [Docket No. 48] is **DENIED**.

Dated: June 13, 2018
at Minneapolis, Minnesota.

                                                s/John R. Tunheim
                                                JOHN R. TUNHEIM
                                                Chief Judge
                                                United States District Court